UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In the Matter of the Arbitration between      :

ALCOA Inc., and ALCOA Aluminio S.A.,      :

            Petitioners,      :
  -against-                                                                08-CV-2754 (PAC)(GWG)
                                       :      ECF Case
AMCOR, Ltd.,
           Respondent.      :
-----------------------------------------------------------X

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, petitioners Alcoa Inc. and Alcoa Aluminio S.A. hereby dismiss the above-captioned action.

Dated: New York, New York
        April 1, 2008

                                                  Respectfully submitted,

                                                  HUNTON & WILLIAMS LLP

                                                  By: _____
                                                  Joseph J. Saltarelli
                                                  200 Park Avenue
                                                  New York, N.Y. 10166-0136
                                                  (212) 309-1000
                                                  jsaltarelli@hunton.com

                                                  *Attorneys for Petitioners*
                                                  *Alcoa Inc., and Alcoa Aluminio S.A.*