UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In the Matter of the Arbitration between      :

ALCOA Inc., and ALCOA Aluminio S.A.,           :

        Petitioners,                           :
  -against-                                                  08-CV-2754 (PAC)(GWG)
                                               :  ECF Case
AMCOR, Ltd.,
        Respondent.                            :
----------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 2 2008

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, petitioners Alcoa Inc. and Alcoa Aluminio S.A. hereby dismiss the above-captioned action. *The Clerk of Court is directed to close this case.*

Dated: New York, New York
      April 1, 2008

                Respectfully submitted,

                HUNTON & WILLIAMS LLP

                By: _____
                Joseph J. Saltarelli
                200 Park Avenue
                New York, N.Y. 10166-0136
                (212) 309-1000
                jsaltarelli@hunton.com

                *Attorneys for Petitioners*
                *Alcoa Inc., and Alcoa Aluminio S.A.*

SO ORDERED: APR 0 2 2008

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE